Thomas Dimitre, Attorney at Law L.L.C.
CSB 276924
dimitre@mind.net
PO Box 801
Ashland, OR 97520
Telephone: 541-890-5022
Email: dimitre@mind.net
Attorney for Plaintiff

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 432163)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    Fax: (408) 535-5066
    christopher.jeu@usdoj.gov

Attorneys for Federal Defendant Deb Haaland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA POTTS LINDROOS,<br><br>   Plaintiff,<br><br>v.<br><br>DEB HAALAND, United States Secretary of the Interior,<br><br>   Defendant. | Case No. 20-cv-06897-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

    Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

STIPULATION OF DISMISSAL
CASE NO. 20-CV-06897-EMC        1

Dated: August 12, 2022

By: /s/ Christopher F. Jeu
Christopher F. Jeu
Assistant United States Attorney
Attorneys for Defendant
Deb Haaland, U.S. Secretary of the Interior

*As the ECF User whose identification and password are being used to file this Stipulation, I attest under penalty of perjury that Plaintiff's counsel has concurred in the filing of this document.*

THOMAS DIMITRE ATTORNEY AT LAW LLC
/s/ Thomas Dimitre

Dated: August 12, 2022

By:
Thomas Dimitre
Attorney for Plaintiff
Tina Potts Lindroos

DATE: August 12, 2022

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA